United States District Court
Middle District of Florida
Jacksonville Division

**JACK OWENS AND KATHY OWENS,**

  *Plaintiffs,*

V.               NO. 3:20-cv-1085-J-PDB

**EASY STORE-IT, INC., ETC.,**

  *Defendants.*

_____

# Order

In this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and Florida law, the parties move under *Lynn's Food Stores, Inc. v. U.S. by & through U.S. Dep't of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982), for approval of a settlement and dismissal of the action with prejudice. Doc. 8.

The undersigned entered a report and recommendation on the motion, Doc. 10, and the parties consented to the undersigned conducting the remaining proceedings in this action, including entry of judgment and any post-judgment matters, Doc. 11. The Honorable Marcia Morales Howard approved the consent. Doc. 12.

For the reasons stated in the report and recommendation, the Court:

1.  **grants** the parties' motion for approval of the settlement, Doc. 8, and approves the settlement, Doc. 8-1, as a fair and reasonable resolution of disputed issues;

2.  **dismisses** the case with prejudice; and

3.  **directs** the Clerk of Court to close the file.

**Ordered** in Jacksonville, Florida, on December 10, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*